# Notice Recipients

District/Off: 1083–6      User: admin      Date Created: 5/27/2026

Case: 25–10445      Form ID: pdf020      Total: 3

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | U.S. Trustee | ustpregion20.wi.ecf@usdoj.gov |
| tr | Steven R Rebein | ftaylor@stevenrebeinlaw.com |
| aty | Adam M Mack | sharedadmin@kansasjustice.com |

TOTAL: 3