**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF KANSAS**

In Re:                                      )
                                            )
COLTON TYLER GEIST,                         )
TEIGHLER NICOLE GEIST,                      )
                                            )
                     Debtors.   )           Case No. 25-10445-7

## REPORT OF SMALL DIVIDENDS IN CHAPTER 7
## PURSUANT TO LOCAL RULE 3010, SEC. 347 U.S. BANKRUPTCY CODE

Pursuant to Local Rule 3010, no dividend in an amount less than $5.00 shall be distributed by the Trustee to any creditor unless authorized by local rule or order of the Court. Any such dividend not distributed to a creditor shall be treated in the same manner as unclaimed funds as provided in Sec. 347 of the Code.

The funds have been submitted to the Clerk of the United States Bankruptcy Court, for deposit into the *Clerk's Registry Account* as unclaimed funds, representing the following small dividends under $5.00:

| Claim # | Creditor Name | Claim Amount | Dividend Amount |
|---|---|---|---|
| 3 | Wesley Medical Center | $ 100.00 | $ 3.02 |
| | | **REMITTANCE TOTAL:** | **$ 3.02** |

*Respectfully Submitted:*

By: s/ Steven R. Rebein
Steven R. Rebein, KS Bar 12958
Law Office of Steven R. Rebein, LC
8700 Monrovia, Suite 310
Lenexa, KS 66215
(913) 888-4800 - telephone
srebein@stevenrebeinlaw.com
**CHAPTER 7 TRUSTEE**